**STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT**

I, Peter Kaupp, a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the FBI Child Exploitation Task Force (hereinafter the "affiant"), being duly sworn, depose and state as follows:

Your affiant is currently assigned to the FBI Child Exploitation Task Force and assigned to the Northern Virginia Resident Agency of the Washington Field Office ("WFO"), where my duties include investigations pertaining to the sexual exploitation of children and on-line offenses involving children, including the production, transportation, distribution, receipt and possession of child pornography.  I have been a member with the FBI since March 2005.  I have been with the WFO for the past four years and assigned to the Child Exploitation Task Force for the past ten months.   I have made numerous arrests and interviewed numerous victims, witnesses, and suspects.  I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations.  I have also received extensive training in online child exploitation investigations and undercover online investigations.

During the course of your affiant's duties as an undercover task force officer ("UC"), your affiant posted an online bulletin message on a specific social media forum, which, based on your affiant's experience and information gathered from other sources, is a website that is frequented by individuals who have a sexual interest in children and incest. The bulletin message was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo."

On February 7, 2016, an individual contacted your affiant over Gmail with the screen-name "Mike M," who was subsequently identified as Michael MATTEA

("MATTEA").  In response to your affiant's posted advertisement, MATTEA emailed

your affiant the following message:

> Late 50's guy who loves taboo.  I'd love to meet you and see what is taboo to you.
> Mmmmmmmmmmmm I have always loved what I can't have.  Grandpa Mike.

In this email, MATTEA also attached two photographs of himself.  These

photographs are consistent with the photograph of MATTEA from his driver's license.

Your affiant then began to engage MATTEA in a conversation over email.  Your

affiant informed MATTEA that your affiant was into "young taboo," and "[h]ave

access," and "looking for like minded person to possibly share."  MATTEA stated that he

lived in Nitro, West Virginia.  MATTEA asked your affiant to provide him with an age of

the child.  Your affiant inquired as to what "age range you are into," and MATTEA

replied, "[a]nywhere from 4 or 5 to 16[,] but pretends are very hot."  Your affiant then

informed MATTEA that your affiant had a purported 10-year-old daughter.  MATTEA

responded, "mmmmmmmmmm a 10 yr old[,]does she like to play or do you have to make

her do it…10 mmmm perfect age."

Your affiant asked MATTEA if he could communicate over KIK, which is a free

texting application for mobile devices.  MATTEA indicated that he had set up a KIK

account with the username "ortowboater" and provided a cellular number of 304-541-

XXXX.  MATTEA inquired as to what sexual acts your affiant had done with your

affiant's purported 10-year-old daughter and requested that your affiant send MATTEA a

picture.  Over the next several days, your affiant and MATTEA continued to

communicate over KIK about your affiant's purported 10-year-old daughter.

On February 16, 2016, MATTEA stated that he was active with a niece.

MATTEA explained that he started sexually abusing his niece when she was 7-years-old

until she was approximately 14 years-old.  Your affiant asked MATTEA how old his

niece was when they first had sex, and MATTEA replied "[o]ral at 7[,] [p]enetration at

9."  MATTEA further stated that he was "not sure I even have a G rated picture of her on

my phone."

Throughout this conversation, MATTEA continued to ask your affiant several

questions about your affiant's purported 10-year-old daughter, such as whether "your

daughter like[s] to swallow or shoot it on her" and explained that he's "shot it on [his

niece] and lick[ed] it off I can't help myself."  Thereafter, MATTEA sent an image of a

girl, approximately 14-years-old, who is sitting in a vehicle fully dressed and smiling at

the camera.  MATTEA explained that the photograph was of his niece.  MATTEA also

sent a second photograph that appears to be of the same girl.  In this image, the girl is

smiling at the camera and her bare shoulders are visible. Your affiant asked MATTEA if

he had any other images of his niece.  MATTEA stated that he would look on his

computer when he got home later that evening.

On February 20, 2016, MATTEA asked your affiant again for a photograph of

your affiant's purported 10-year-old daughter.  In response, your affiant sent him an

image of the purported 10-year-old girl (note that the image was not of a real child).  In

response, MATTEA stated that he would "love to suck that" and would "love to visit

DC."  MATTEA asked if she likes it "gentle or rough," if your affiant has ever "rub the

head between her legs," "if she "sit[s] on another mans lap," and if she likes "sucking."

On February 22, 2016, MATTEA emailed your affiant that he was excited to hear

back soon from your affiant and that the "picture [is] in my mind and it drives me crazy[,]

I want to suck on that little thing so bad."

On February 29, 2016, MATTEA continued to express his interest in wanting to meet your affiant's purported 10-year-old daughter in Washington D.C.  MATTEA asked for more pictures of the child.  Your affiant requested photographs of his niece in return.  MATTEA replied that he would send images when he returned home later that day. Your affiant asked MATTEA if he had "[a]ny pussy pics" and  MATTEA replied, "Yes a few…She has a lot of baby fat though."  Your affiant told MATTEA that was okay and asked if MATTEA had taken the photographs himself.  MATTEA replied, "[y]es, [a] month or so ago" and stated that her name was Judy and she was 11-years-old.  Your affiant asked MATTEA how long he had been active with her, and MATTEA replied "2 yrs."

On March 1, 2016, your affiant and MATTEA continued to communicate about your affiant's purported 10-year-old daughter and made plans for MATTEA to travel from West Virginia to Washington D.C. on Thursday, March 3, 2016.  During the course of this conversation, your affiant and MATTEA engaged in the following text communication:

| | |
|---|---|
| MATTEA: | Do you finger her yet? |
| UC: | Hell yeah |
| MATTEA: | Does she still have her cherry |
| UC: | You get into Judy? She does.  Or [Mattea's niece] |
| MATTEA: | Yes I do.  And Judy does not have hers |
| UC: | When did you start?  Did u fuck [them] both?  What age, how did it go? |
| MATTEA: | I started touching her in her sleep she was a very sound sleeper. |
| UC: | So hot |
| MATTEA: | I started with her at about five or six |
| UC: | Yeah.  Very cool.  The best. |
| MATTEA: | When she was seven I would give her Benadryl to make her sleep very sound |
| UC: | That work?  Was she awake when you fucked her? |
| MATTEA: | Yes but that wasn't until she was about 10 or 11 but 10. |
| UC: | [Mattea's niece] or Judy or both?  So fuckin hot. |

MATTEA:      I'll start with [Mattea's niece] at five or six and Judy at about 10
UC:               Awesome

Your affiant inquired how often MATTEA gets to "fuck" Judy or whether it was only a "one time thing."  In response, MATTEA replied "probably once every 3 to 6 months but she likes to play if we can be alone[,] [s]ometimes she will come and stay with me for a day or two and swim in my pool."

Your affiant and MATTEA then engaged in the following text communication about Judy:

MATTEA:      …she is a little bit heavier girl if you know what I mean.
UC:             That's ok.  LOL.  Any pics of her?
MATTEA:      Yeah she still has a bald little pussy[.] I have some but I haven't transferred into my iPhone yet just a few but I'll get them to you.

Your affiant and MATTEA continued to discuss your affiant's purported 10-year-old daughter and MATTEA's plan to travel to Washington D.C. on March 3, 2016 to meet with your affiant and the child.

On March 2, 2016, MATTEA again indicated his desire to travel to Washington D.C. and stated that he wanted to "lick and suck on her little titties" and have her "play[] with and suck[] my cock."  Your affiant then asked MATTEA for a "naked pic" of his nieces to share and "[s]omething I can see to prove your not BSing me."

On March 3, 2016, MATTEA texted your affiant the following:

I have not truthful with you.  The pics I have sent came from the Internet.  I had done some things when I was a young teen and things with other kids when I was young and a y oung teen.  I just wanted to get to play with your daughter.  The picture you sent me got me so excited and I couldn't help myself.  I am sorry, but the pic you sent was so sexy.

MATTEA asked your affiant if your affiant was a "cop or a reporter," and stated that he was "scared to death of falling into trap."  MATTEA asked your affiant to send

him more images of your affiant's purported 10-year-old daughter in order to prove that your affiant was not a "cop." MATTEA stated that if your affiant could prove that he was not a cop, MATTEA would start driving to Washington D.C.  After asking several more questions, MATTEA stated that he was too afraid to travel to Washington D.C.

The following day, on March 4, 2016, MATTEA contacted your affiant to ask about your affiant's purported 10-year-old daughter and what sexual acts your affiant performed with her on the evening before.  MATTEA asked questions, such as "[d]id you strip her naked," and "[d]id she swallow it the first time?"  MATTEA again expressed his interest to engage in sexual acts with the child and your affiant told him to send pictures and MATTEA could join the next time.  MATTEA replied that he had "some pics that someone sent me from their granddaughter." MATTEA then emailed your affiant four images using the email address of ortowboater2009@yahoo.com.

The first email was labeled "online friends girl Judy."  The email contained an image of an overweight girl lying naked on her back with her legs spread.  The focal point of the image is on her genitalia; the girl's face is not depicted in the image.  The girl's fingers are spreading apart her labia.  The fingernails are polished with a glittery color.  Your affiant subsequently texted MATTEA that your affiant would "like to meet that chubby girl…her pussy looks smooth…[h]ow old u think she is?"  MATTEA replied, "10 or so."

The second image MATTEA sent to your affiant depicts an overweight pre-pubescent girl, approximately 10-12 years old.  The girl is lifting up her shirt so that her breasts are visible.

The third and fourth images that MATTEA sent to your affiant were in response

to your affiant asking if MATTEA had any penetration pictures and MATTEA replied "oral."  One image is of a young girl, approximately 10-12 years old, who appears to resemble the same girl from the previous image where she is lifting up her shirt.  The child is staring into the camera as she holds an adult penis in her mouth.  The child appears to be naked.  The second image also appears to be of the same girl.  She is holding an adult penis in her mouth.  The nail-polish on her fingernails is the same glittery polish from the first image that depicted a girl spreading open her labia.

Your affiant asked MATTEA "[i]s that you in the pic?  Nice bj pic dude!" MATTEA replied, "No.  A friend."  MATTEA then asked your affiant to send more images of your affiant's purported 10-year-old daughter.  Your affiant sent an image of your affiant's purported 10-year-old daughter (note that the image was not of a real child) and MATTEA continued to ask sexual questions about what your affiant has done with the child.

Your affiant and MATTEA made tentative plans for MATTEA to travel to Washington D.C. on Sunday, March 6, 2016.  However, on Saturday, March 5, 2016, MATTEA indicated that his son was in town so he was unable to travel.

Using MATTEA's KIK username "ortowboater," his email address of ortowboater2009@yahoo.com, and cellular number 304-541-XXXX that he had provided to your affiant, investigators confirmed that the individual communicating with your affiant was "Michael Mattea."  First, a search was conducted on Facebook for the email address of ortowboater2009@yahoo.com, which resolved back to a Facebook profile user by the name of "Mike Mattea."  Photographs associated with the Facebook profile user "Mike Mattea" are consistent with the photographs MATTEA had sent to your affiant

and MATTEA's West Virginia driver license photograph.  A search was also conducted

for telephone number 304-541-XXXX, which resolved back to "Michael A. Mattea" with

a PO BOX in Cheshire, Ohio.  However, as of March 2016, per information obtained

from Accurint and the West Virginia Department of Motor Vehicles, "Michael Mattea's"

most recent address is located in Nitro, West Virginia.  Further, "Mike Mattea's"

Facebook page states that he moved to Nitro, West Virginia in December 2013.

Based on the foregoing, your affiant believes that there is probable cause to

believe that on March 4, 2016, within the District of Columbia, MICHAEL MATTEA

committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C.

Section §2252(a)(2).


_____
SPECIAL AGENT PETER KAUPP
Federal Bureau of Investigation


Sworn and subscribed to before me this  _____ day of March, 2016


_____

United States Magistrate Judge